**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Eastern DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Roseanne Margurite Larosa<br>    aka Roseanne M. Larosa<br>    aka Roseanne Margurite Rauscher<br><br>                  Debtor | CHAPTER 13<br><br>BKY. NO. 15-18798 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of DITECH FINANCIAL LLC and index same on the master mailing list.

                                           Respectfully submitted,
                                           **/s/ Rebecca A. Solarz, Esq**
                                           Rebecca A Solarz, Esquire
                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 627-1322