United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-18798-jkf
Roseanne Margurite Larosa                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett         Page 1 of 1              Date Rcvd: Jan 13, 2020
                         Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13734557         E-mail/Text: bankruptcy.bnc@ditech.com Jan 14 2020 09:28:37      Ditech Financial LLC,
    P.O. Box 6154,    Rapid City, SD 57709-6154
                                TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2020 at the address(es) listed below:
        ANN E. SWARTZ    on behalf of Creditor    Ditech Financial LLC ecfmail@mwc-law.com,
     ecfmail@ecf.courtdrive.com
        HAROLD N. KAPLAN    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
     hkaplan@rasnj.com
        JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, et.al. paeb@fedphe.com
        MARIO J. HANYON    on behalf of Creditor    Ocwen Loan Servicing, LLC paeb@fedphe.com
        MARIO J. HANYON    on behalf of Creditor    U.S. Bank National Association, et.al. paeb@fedphe.com
        MARIO J. HANYON    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE et al paeb@fedphe.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com
        REBECCA ANN SOLARZ    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com
        SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
        THOMAS L. LIGHTNER    on behalf of Debtor Roseanne Margurite Larosa tlightner@lightnerlaw.com,
     sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                TOTAL: 12

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-18798-jkf
Chapter 13

In re: Debtor(s) (including Name and Address)

Roseanne Margurite Larosa
926 Rickert Road
Perkasie PA 18944

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/10/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 | New Residential Mortgage LLC |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/15/20

Tim McGrath
**CLERK OF THE COURT**