| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 15-18798-AMC

ROSEANNE MARGURITE LAROSA
926 RICKERT ROAD
PERKASIE  PA    18944

Petition Filed Date: 12/09/2015
341 Hearing Date: 02/26/2016
Confirmation Date: 07/20/2016

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $316.28 | 17867105293 | 02/07/2019 | $316.28 | 17876922190 | 03/18/2019 | $316.28 | 17955652881 |
| 04/10/2019 | $316.28 | 17955653017 | 05/07/2019 | $316.28 | 17969121613 | 06/18/2019 | $316.28 | 17955377464 |
| 07/10/2019 | $316.28 | 17981236931 | 08/05/2019 | $316.28 | 17671359716 | 09/10/2019 | $316.28 | 19025571882 |
| 10/11/2019 | $316.28 | 17900592499 | 11/12/2019 | $316.28 | 17900592794 | 12/09/2019 | $316.28 | 209049018189 |
| 01/21/2020 | $316.28 | 19025557832 | 02/11/2020 | $316.28 | 19025558111 | 03/18/2020 | $316.28 | 19076838520 |
| 04/08/2020 | $316.28 | 19076218936 | 05/11/2020 | $316.28 | 19073735494 | 06/23/2020 | $316.28 | 26615354624 |
| 07/21/2020 | $316.28 | 19128798190 | | | | | | |

**Total Receipts for the Period:  $6,009.32    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $16,584.20**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP »» 004 | Unsecured Creditors | $7,806.78 | $753.22 | $7,053.56 |
| 3 | BANK OF AMERICA NA »» 003 | Unsecured Creditors | $20,751.52 | $2,002.32 | $18,749.20 |
| 8 | BANK OF AMERICA NA »» 008 | Unsecured Creditors | $24,611.22 | $2,374.75 | $22,236.47 |
| 5 | BANK OF AMERICA NA »» 005 | Unsecured Creditors | $7,188.57 | $693.62 | $6,494.95 |
| 10 | BANK OF AMERICA »» 010 | Unsecured Creditors | $6,744.83 | $650.79 | $6,094.04 |
| 12 | NEWREZ LLC  D/B/A »» 012 | Mortgage Arrears | $2,356.04 | $2,356.04 | $0.00 |
| 6 | ECAST SETTLEMENT CORPORATION »» 006 | Unsecured Creditors | $7,306.31 | $705.07 | $6,601.24 |
| 9 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 009 | Unsecured Creditors | $360.41 | $31.21 | $329.20 |
| 1 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 001 | Unsecured Creditors | $8,315.68 | $802.43 | $7,513.25 |
| 2 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 002 | Unsecured Creditors | $17,071.91 | $1,647.29 | $15,424.62 |
| 11 | OCWEN LOAN SERVICING, LLC »» 011 | Mortgage Arrears | $388.65 | $388.65 | $0.00 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $15,086.91 | $1,455.76 | $13,631.15 |
| 13 | THOMAS L LIGHTNER ESQ »» 013 | Attorney Fees | $1,000.00 | $1,000.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $16,584.20 | Current Monthly Payment: | $316.28 |
| Paid to Claims: | $14,861.15 | Arrearages: | $304.20 |
| Paid to Trustee: | $1,434.84 | Total Plan Base: | $18,153.52 |
| Funds on Hand: | $288.21 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.