UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-18798-AMC |
| ROSEANNE MARGURITE LAROSA | ) | CHAPTER 13 |
| DEBTOR | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING PROPERTY DESCRIBED AS 926 RICKERT RD, PERKASIE, PA 18944 AND THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER \*\*\*\*\*\*\*1508**

NOW COMES U.S. Bank National Association as indenture trustee for Greenpoint Mortgage Funding Trust 2006-HE1, by and through its attorney Brock and Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings, documents and hearings; that it receive copies of all documents; and be added to the matrix to be served at the addresses below:

Mario Hanyon
Brock and Scott, PLLC
Attorneys at Law
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
pabkr@brockandscott.com

PHH Mortgage Corporation
One Mortgage Way
Mount Laurel, New Jersey 08054

Please take notice that the undersigned hereby appears as counsel for U.S. Bank National Association as indenture trustee for Greenpoint Mortgage Funding Trust 2006-HE1 pursuant to

20-08926 BKSUP06




Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited to the instant case noted above and should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ Mario Hanyon
Mario Hanyon
Attorney at Law (203993)
Brock & Scott, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
844-856-6646 x4560
704-369-0760
pabkr@brockandscott.com

20-08926 BKSUP06

## CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on  April 5, 2021  to the following:

ROSEANNE MARGURITE LAROSA
926 RICKERT RD
PERKASIE, PA 18944

Thomas L. Lightner, Debtor's Attorney
4652 Hamilton Blvd.
Allentown, PA 18103

Scott F. Waterman, Bankruptcy Trustee
Chapter 13 Trustee
2901 St. Lawrence Ave, Suite 100
Reading, PA 19606

/s/ Mario Hanyon
Mario Hanyon
Attorney at Law (203993)
Brock & Scott, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
844-856-6646 x4560
704-369-0760
pabkr@brockandscott.com

20-08926 BKSUP06