United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Roseanne Margurite Larosa  
    Debtor

Case No. 15-18798-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: May 12, 2021      Form ID: 138NEW      Total Noticed: 44

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roseanne Margurite Larosa, 926 Rickert Road, Perkasie, PA 18944-2660 |
| cr | + | Ditech Financial LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Ditech Financial LLC FKA Green Tree Servicing LLC, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, RAS Crane LLC, 10700 Abbotts Bridge Rd, Ste. 170, Duluth, GA 30097-8461 |
| 13658991 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 13720992 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 13662451 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14401521 | + | DITECH FINANCIAL LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13645217 | | Ditech, P.O. Box 6172, Rapid City, SD 57709-6172 |
| 13734557 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14401853 | + | Ditech Financial LLC, c/o Rebecca A. Solarz, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13645219 | + | GC Services, P.O. Box 1545, Houston, TX 77251-1545 |
| 13645223 | + | MRS, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 13645224 | | OCWEN, P.O Box 6440, Carol Stream, IL 60197-6440 |
| 13648161 | + | Ocwen Loan Servicing, LLC, ROBERTSON, ANSCHUTZ & SCHNEID, P.L., 6409 CONGRESS AVE., SUITE 100, BOCA RATON, FL 33487-2853 |
| 14596613 | + | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 14596612 | + | PHH Mortgage Corporation, c/o Mario Hanyon, Brock and Scott, PLLC Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 13645225 | | Sunrise Collection, P.O> Box 9100, Farmingdale, NY 11735-9100 |
| 13764726 | + | Thomas L. Lightner, Esquire, Lightner Law Offices, P.C., 4652 Hamilton Blvd., Allentown, PA 18103-6021 |
| 13723859 | | U.S. Bank National Association, c/o Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 14596767 | + | U.S. Bank National Association, c/o Mario Hanyon, Esq., 302 Fellowship Road, Ste 130, Mount Laurel NJ 08054-1218 |
| 14436525 | | U.S. Bank National Association, et.al., C/o Mario J. Hanyon, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 13685096 | | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 13 2021 01:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 13 2021 01:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 13 2021 01:44:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | | |

Case 15-18798-amc   Doc 53   Filed 05/14/21   Entered 05/15/21 00:50:46   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 12, 2021 | Form ID: 138NEW | Total Noticed: 44 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 13 2021 02:08:40 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13658993 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2021 02:09:02 | Citi Home Depot, Home Depot Credit Services, Processing Services, Des Moines, IA 50364 |
| 13645212 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 13 2021 02:08:46 | Capital One Bank, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 13667865 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 13 2021 01:58:33 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 13658992 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2021 02:09:04 | Citi Bank, P.O. Box 6062, Sioux Falls, SD 57117 |
| 13645214 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2021 02:09:00 | Citi Cards, P.O. Box 9001037, Louisville, KY 40290-1037 |
| 13645216 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 13 2021 02:04:02 | Citibank/Home Depot, P.O. Box 790328, Saint Louis, MO 63179-0328 |
| 13658994 | | Email/PDF: gecsedi@recoverycorp.com | May 13 2021 02:08:40 | Gap / Synchrony bank, P.O. Box 530942, Atlanta, GA 30353-0942 |
| 13645218 | + | Email/Text: administration@gatestoneco.com | May 13 2021 01:43:00 | Gatestone, P.O. Box 101928, Birmingham, AL 35210-6928 |
| 13645213 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 13 2021 02:03:46 | Chase, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 13645221 | | Email/Text: ebn@ltdfin.com | May 13 2021 01:43:00 | LTD Finanical Services, 7322 Southwesr Freeway Suite 1600, Houston, TX |
| 13705032 | + | Email/Text: bankruptcydpt@mcmcg.com | May 13 2021 01:44:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13659354 | + | Email/Text: bankruptcydpt@mcmcg.com | May 13 2021 01:44:00 | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13645222 | + | Email/Text: bankruptcydpt@mcmcg.com | May 13 2021 01:44:00 | Midland Funding, P.O. Box 939019, San Diego, CA 92193-9019 |
| 13689044 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 13 2021 02:03:55 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13660098 | | Email/PDF: rmscedi@recoverycorp.com | May 13 2021 01:58:39 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13645226 | + | Email/PDF: gecsedi@recoverycorp.com | May 13 2021 02:08:41 | Synchrony Bank/GAP, P.O. Box 965060, Orlando, FL 32896-5060 |
| 13645227 | | Email/Text: bnc@alltran.com | May 13 2021 01:43:00 | United Recovery Systems, P.O. Box 722910, Houston, TX 77272-2910 |

TOTAL: 21

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13645220 | | GE Capital |
| 14450475 | | New Residential, Mortgage LLC |
| cr | *+ | DITECH FINANCIAL LLC, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | *+ | Ocwen Loan Servicing, LLC, Robertson, Anschutz & Schneid, P.L,, 6409 Congress Ave.,, Suite 100, Boca Raton, FL 33487-2853 |
| 13645211 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, P.O. Box 982234, El Paso, TX 79998 |
| 13645215 | ##+ | Citibank, PO Box 790015, Saint Louis, MO 63179-0015 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 4 |
| Date Rcvd: May 12, 2021 | Form ID: 138NEW | Total Noticed: 44 |

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 14, 2021           Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2021 at the address(es) listed below:

**Name**   **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE et al andrew.spivack@brockandscott.com wbecf@brockandscott.com

ANDREW L. SPIVACK
on behalf of Creditor U.S. Bank National Association as indenture trustee for Greenpoint Mortgage Funding Trust 2006-HE1 andrew.spivack@brockandscott.com wbecf@brockandscott.com

CHARLES GRIFFIN WOHLRAB
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

HAROLD N. KAPLAN
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com

JEROME B. BLANK
on behalf of Creditor U.S. Bank National Association  et.al. paeb@fedphe.com

LAUREN MOYER
on behalf of Creditor Ditech Financial LLC ecfmail@ecf.courtdrive.com

MARIO J. HANYON
on behalf of Creditor U.S. Bank National Association as indenture trustee for Greenpoint Mortgage Funding Trust 2006-HE1 wbecf@brockandscott.com wbecf@brockandscott.com

MARIO J. HANYON
on behalf of Creditor U.S. Bank National Association  et.al. wbecf@brockandscott.com, wbecf@brockandscott.com

MARIO J. HANYON
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE et al wbecf@brockandscott.com wbecf@brockandscott.com

MARIO J. HANYON
on behalf of Creditor Ocwen Loan Servicing  LLC wbecf@brockandscott.com, wbecf@brockandscott.com

POLLY A. LANGDON
on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

THOMAS L. LIGHTNER
on behalf of Debtor Roseanne Margurite Larosa tlightner@lightnerlaw.com sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com

THOMAS YOUNG.HAE SONG
on behalf of Creditor U.S. Bank National Association  et.al. paeb@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-2    User: admin    Page 4 of 4
Date Rcvd: May 12, 2021    Form ID: 138NEW    Total Noticed: 44

TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re: Roseanne Margurite Larosa
        Debtor(s)                                  Bankruptcy No: 15−18798−amc
                                                Chapter: 13

---

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                                    900 Market Street
                                        Suite 400
                                   Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                      For The Court
                                                                 Timothy B. McGrath
                                                                   Clerk of Court

Dated: 5/12/21

                                                                                                      52 − 50
                                                                              Form 138_new