United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-18798-amc |
| Roseanne Margurite Larosa | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 12, 2021 | Form ID: 212 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 14, 2021:**

**Recip ID          Recipient Name and Address**
db             +  Roseanne Margurite Larosa, 926 Rickert Road, Perkasie, PA 18944-2660

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2021            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 12, 2021 at the address(es) listed below:**

**Name**                         **Email Address**

ANDREW L. SPIVACK
on behalf of Creditor U.S. Bank National Association as indenture trustee for Greenpoint Mortgage Funding Trust 2006-HE1
andrew.spivack@brockandscott.com   wbecf@brockandscott.com

ANDREW L. SPIVACK
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE et al
andrew.spivack@brockandscott.com   wbecf@brockandscott.com

CHARLES GRIFFIN WOHLRAB
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing cwohlrab@raslg.com

HAROLD N. KAPLAN
on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com

JEROME B. BLANK
on behalf of Creditor U.S. Bank National Association  et.al. paeb@fedphe.com

LAUREN MOYER

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 12, 2021 | Form ID: 212 | Total Noticed: 1 |

on behalf of Creditor Ditech Financial LLC ecfmail@ecf.courtdrive.com

MARIO J. HANYON

on behalf of Creditor U.S. Bank National Association et.al. wbecf@brockandscott.com, wbecf@brockandscott.com

MARIO J. HANYON

on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS INDENTURE TRUSTEE et al wbecf@brockandscott.com wbecf@brockandscott.com

MARIO J. HANYON

on behalf of Creditor Ocwen Loan Servicing LLC wbecf@brockandscott.com, wbecf@brockandscott.com

MARIO J. HANYON

on behalf of Creditor U.S. Bank National Association as indenture trustee for Greenpoint Mortgage Funding Trust 2006-HE1 wbecf@brockandscott.com  wbecf@brockandscott.com

POLLY A. LANGDON

on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ

on behalf of Creditor Ditech Financial LLC bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor DITECH FINANCIAL LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

THOMAS L. LIGHTNER

on behalf of Debtor Roseanne Margurite Larosa tlightner@lightnerlaw.com sbennett@lightnerlaw.com;lightnertr50447@notify.bestcase.com

THOMAS YOUNG.HAE SONG

on behalf of Creditor U.S. Bank National Association et.al. paeb@fedphe.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 17

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Chapter: 13

    Roseanne Margurite Larosa

Debtor(s)  Case No: 15−18798−amc

___

*ORDER*

AND NOW, 5/12/21 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

For The Court

Ashely M. Chan

Judge ,United States Bankruptcy Court